# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE:                                                            CHAPTER 13 CASE NO.: 18-30134
Atrishia M. Bryant

Debtor(s)

## **RESPONSE TO TRUSTEE'S NOTICE OF DISMISSAL**

COMES NOW, C. Brandon Sellers, III, as attorney for the debtor and files this Response to Trustee's Notice of Dismissal and as cause thereof shows unto the court the following:

1. Debtor is now employed will be able to resume her plan payments.

WHEREFORE, THESE PREMISES CONSIDERED, the Debtor request this Honorable Court issue an order denying the Trustee's Notice of Dismissal, and for such further and different relief as justice requires.

Respectfully submitted this the 22nd day of December, 2022.

                                                       */s/ C. Brandon Sellers, III*
                                                       C. BRANDON SELLERS, III
                                                       Attorney for the Debtor
                                                       Sellers Law Firm
                                                       Post Office Box 432
                                                       Greenville, Alabama 36037
                                                       (334)382-6907 PHONE
                                                       (334)382-7001 FAX
                                                       bankruptcy@sellerslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Response to Trustee's Notice of Dismissal on all parties listed below by electronic mail or regular postal mail on this the 22nd day of December, 2022.

Sabrina McKinney, Chapter 13 Trustee via electronic filing

Danielle Greco, U S Bankruptcy Administrator via electronic filing

*/s/ C. Brandon Sellers, III*
C. BRANDON SELLERS, III