# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 18-30134-CLH |
| | Chapter 13 |
| ATRISHIA M. BRYANT, | |
|     Debtor. | |

## ORDER INCREASING PLAN PAYMENTS

A hearing on the Chapter 13 Trustee's Notice of Dismissal (Doc. 66) was held on January 12, 2023. Based upon the pleadings and representations of counsel, the Court finds that the plan payments must be increased in order to maintain feasibility. Accordingly, it is hereby

ORDERED that plan payments to the Chapter 13 Trustee are INCREASED to $602.00 bi-weekly.

Done this 13th day of January, 2023.

Christopher L. Hawkins
United States Bankruptcy Judge

c:     Debtor
       C. Brandon Sellers, Attorney for Debtor
       Sabrina L. McKinney, Trustee